UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------

UNITED STATES OF AMERICA                    Docket No: 1:07-mj-01170

    -against-

                                        **NOTICE OF APPEARANCE**

OSCAR SANTANA ANA GALLEGOS

---------------------------------------------------------

TO:   CLERK

SIR:   YOU ARE HEREBY NOTIFIED THAT I APPEAR FOR THE
      DEFENDANT INDICATED ABOVE IN THE ENTITLED ACTION.

      I AM APPEARING IN THIS ACTION AS  (Please check one)

      1. [ ] CJA    2. [X] RETAINED    3. [ ] PUBLIC DEFENDER (Legal Aid)

      ADMITTED TO PRACTICE IN THIS COURT  [ ] NO   [X] YES -IFYES
            GIVE YOUR DATE OF ADMISSION:  MO July__   YR 1971__

      I DO HEREBY CERTIFIY THAT I HAVE FILED OR WILL FILE A
      CERTIFICATE OF GOOD STANDING  FROM THE  NEW YORK   STATE
      COURT, PURSUANT TO CRIMINAL RULE 1 OF THE LOCAL RULES
      FOR THE SOUTHERN AND EASTERN DISTRICT OF NEW YORK.

DATED:  NEW YORK, NEW YORK
          September 6, 2007

                                        SIGNATURE _____s/_____

                                         Martin L. Schmukler   (MLS2464)_____
                                        Attorney for Defendant

                                         Martin L. Schmukler, P.C._____
                                        Firm name if any

                                         41 Madison Ave., Suite 5B_____
                                        Street address

                                          New York        New York            10010__
                                        City                       State                  Zip

                                         212- 213-9400_____
                                        Telephone No.