

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/9/08

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

MEMO ENDORSED

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

June 9, 2008

**By Hand**

Honorable Richard M. Berman
United States District Judge
United States Courthouse
500 Pearl Street
New York, NY 10007

JUN 09 2008

Re:   United States v. Oscar Santana Ana Gallegos,
      07 Cr. 960 (RMB)

Dear Judge Berman:

The above referenced-defendant was scheduled to plead in Magistrate Court last week, and a conference for the acceptance of his plea is scheduled for June 10, 2008 at 10:30 a.m. However, because of the quarantine at the Bureau of Prisons, which was only lifted last week, the defendant was unable to appear for the plea in Magistrate Court. According, the Government respectfully requests that the conference for the acceptance of defendant Oscar Gallegos' plea be adjourned to June 26, 2008 at 11:00 a.m.

The Government further respectfully requests that, should the Court grant the request for the adjournment with respect to defendant Oscar Gallegos, the Court exclude the time under the Speedy Trial Act until the new date of the conference, because the ends of justice served by excluding time under the Speedy Trial Act outweigh the best interest of the public and the defendant in a speedy trial. See 18 U.S.C. § 3161(h)(8).

*Conference is adjourned to 6-26-08 at 11:00 a.m. Time is excluded pursuant to the Speedy Trial Act for the reasons set forth in this letter.*

Respectfully submitted,

MICHAEL J. GARCIA
United States Attorney

By: Parvin Moyne
Assistant United States Attorney
Telephone: (212) 637-2510

cc:   Martin L. Schmukler
      Fax: (212)-684-0620

**SO ORDERED:**
Date: 6-9-08    *Richard M. Berman*
                Richard M. Berman, U.S.D.J.