<a>
JUN-25-2008  10:52    D&T                                                              P.02/02
Case 1:07-cr-00960-RMB    Document 41    Filed 06/25/2008    Page 1 of 1
</a>



**U.S. Department of Justice**

United States Attorney
Southern District of New York

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

June 25, 2008

**By Hand**

Honorable Richard M. Berman
United States District Judge
United States Courthouse
500 Pearl Street
New York, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/25/08

Re:  **United States v. Oscar Santana Ana Gallegos,**
     **07 Cr. 960 (RMB)**

Dear Judge Berman:

The above referenced-defendant was scheduled to plead in Magistrate Court last week, and a conference for the acceptance of his plea has been scheduled for June 26, 2008 at 11:00 a.m. However, because of a large takedown that was also scheduled in Magistrate Court for the day of the defendant's plea, the plea has been rescheduled to tomorrow, June 26, 2008. Accordingly, the Government requests that the conference for the acceptance of defendant Oscar Gallegos' plea be adjourned to next week.

The Government further respectfully requests that, should the Court grant the request for the adjournment with respect to defendant Oscar Gallegos, the Court exclude the time under the Speedy Trial Act until the new date of the conference, because the ends of justice served by excluding time under the Speedy Trial Act outweigh the best interest of the public and the defendant in a speedy trial. See 18 U.S.C. § 3161(h)(8).

*Conference is adjourned to 7-9-08 at 11:30 a.m. Time is excluded pursuant to the Speedy Trial Act for the reasons set forth in this letter.*

Respectfully submitted,
~~MICHAEL J.~~ GARCIA
United States Attorney

By: Parvin Moyne
Assistant United States Attorney
Telephone: (212) 637-2510

cc: Martin L. Schmukler
    Fax: (212) 684-0620

SO ORDERED:
Date: 6-25-08
Richard M. Berman, U.S.D.J.