UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA,

                                                                **ORDER**

           -against-                                07 CR. 960 (RMB)

OSCAR SANTANA GALLEGOS,

                        Defendant.
------------------------------------------------------------X

WHEREAS, with the Defendant's consent, his guilty plea allocution was taken before a United States Magistrate Judge on June 26, 2008;

WHEREAS, a transcript of the allocution was made and thereafter was transmitted to the District Court; and

WHEREAS, upon review of the transcript, this Court has determined that the Defendant entered the guilty plea knowingly and voluntarily and that there was a sufficient factual basis for the guilty plea;

IT IS HEREBY ORDERED that OSCAR SANTANA GALLEGOS's guilty plea is accepted.

Dated: New York, New York
       July 9, 2008

                                                     **RICHARD M. BERMAN, U.S.D.J.**